UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL EMMETT WOLFE #275844,

    Plaintiff,

v.

UNKNOWN LALONDE, et al.,

    Defendants.
_____/

Case No. 2:16-CV-231

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

On January 17, 2019, Magistrate Judge Greeley issued a Report and Recommendation recommending that the Court deny Defendants' motion for summary judgment. The Report and Recommendation was served on the parties on January 17, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the January 17, 2019, Report and Recommendation (ECF No. 55) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 39) is **DENIED**.

Dated: February 13, 2019
                                              /s/ Gordon J. Quist
                                              GORDON J. QUIST
                                         UNITED STATES DISTRICT JUDGE